

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00453-CV

**CITY OF LAREDO**,
Appellant

v.

Fausto **TORRES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-000333-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On October 18, 2022, appellee filed an unopposed motion requesting an extension of time to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due **no later than November 10, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court